IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-03126-01-CR-S-GAF |
| | ) | |
| JERRY Q. DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Defendant was previously committed to the custody of the Attorney General pursuant to 18 U.S.C. §4241(d)(2)(A). The warden, through the clinical staff, has requested an extension of the period of commitment. In that request, the treating psychologist notes that while the defendant is still not competent to stand trial, he has made progress, is voluntarily taking his medication and regularly attends the competency restoration group. It is, for good cause shown,

ORDERED that the period of commitment be extended for a period of 60 days from the date of this order.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: August 10, 2009