# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08-03126-01-CR-S-GAF |
| ) | |
| JERRY Q. DAVIS, ) | |
| ) | |
| Defendant . ) | |

## ORDER

In accordance with the Report and Recommendation filed by Chief United States Magistrate Judge James C. England, and with no objection by the defendant and the United States, it is hereby

ORDERED that the defendant be recommitted to the custody of the Attorney General for the purpose of a risk assessment and possible proceedings under 18 U.S.C. §4246.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: November 25, 2009