# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.  08-03126-01-CR-S-GAF |
| ) | |
| JERRY Q. DAVIS, ) | |
| ) | |
| Defendant . ) | |

## ORDER

In accordance with the Report and Recommendation filed by United States Magistrate Judge James C. England, and with no objection by the defendant and the United States, it is hereby

ORDERED that the defendant not be committed to the custody of the Attorney General under the provisions of 18 U.S.C. §4246; and it is further

ORDERED that the United States take the appropriate action in this case, which may include dismissal of the underlying charge.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED:   January 7, 2010