# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 08-3126-CR-S-GAF |
| JERRY QUINN DAVIS, | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO DISMISS INDICTMENT

Now pending before the Court is the Government's Motion to Dismiss Indictment. For good cause shown, it is

ORDERED that the indictment returned against defendant, Jerry Quinn Davis, on November 19, 2008, is dismissed without prejudice.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: January 8, 2010